UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────

JIANG TU,

                Plaintiff,        21 Civ. 5583 (JGK)

    - against -                 ORDER

EXPERIAN INFORMATION SOLUTIONS,
INC., ET AL.,
                Defendants.
───────────────────────────────────

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by October 22, 2021.

SO ORDERED.
Dated:    New York, New York
         October 6, 2021

                                            /s/ John G. Koeltl
                                              John G. Koeltl
                                       United States District Judge