```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

JIANG TU,

     Plaintiff,

  - against -

EXPERIAN INFORMATION SOLUTIONS, INC., ET AL.,

     Defendants.

21-cv-5583 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

  The November 1, 2021 conference in this case is **canceled**.

SO ORDERED.

Dated: New York, New York
    October 27, 2021

               _____
                John G. Koeltl
              United States District Judge